## LOYD v. THE STATE.

LUMPKIN, P. J. The evidence was sufficient to show not only that a larceny was committed by the accused, but also that the property stolen was that described in the indictment.

*Judgment affirmed. All the Justices concurring, except Little, J., absent.*

Submitted February 17, — Decided March 11, 1902.

Indictment for larceny of cotton. Before Judge Brinson. Richmond superior court. December 27, 1901.

*C. A. Picquet,* for plaintiff in error.

*J. S. Reynolds, solicitor-general,* contra.